**Law Offices of David Freydin, PC**

8707 Skokie Blvd, Suite 312<br>
Skokie, IL 60077<br>
Phone: (847) 972-6157<br>
Fax: (866) 897-7577<br>
E-Mail:contact@freydinlaw.com

## FAX TRANSMISSION

| | |
|---|---|
| **TO:** | **CFS Palatine Finance** |
| **FAX #:** | **847.496.5735** |
| **FROM:** | **LAW OFFICES OF DAVID FREYDIN** |
| **DATE:** | **OCTOBER 12, 2021** |
| **RE:** | **Juan Perez; Bankruptcy Case No. 21-08479; xxx-xx-1398** |
| **# OF PAGES:** | **4** in addition to cover sheet |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

**Law Offices of David Freydin, PC**

8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: (847) 972-6157
Fax: (866) 897-7577
E-Mail: contact@freydinlaw.com

October 12, 2021

Consumer Finance Services
1707 N. Rand Rd.
Palatine, IL 60074

RE:  **Juan Perez; Bankruptcy Case No. 21-08479; xxx-xx-1398**

My client, named above, has filed for bankruptcy and pursuant to the automatic stay please stop all collection proceedings, including any wage garnishments against my client. If collection proceedings continue, **WE WILL BE FORCED TO FILE SANCTIONS AGAINST YOUR COMPANY.**

Contact me if you have any questions.

Very truly yours,

LAW OFFICES OF
DAVID FREYDIN

BY:       **/s/ David Freydin**
          David Freydin, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 21-08479 |
| Juan De Dios Perez | } |
| | } Chapter 7 |
| | } |
| **Debtor(s)** | } |

## AUTOMATIC STAY

Pursuant to section 362 of the bankruptcy code, the above-named debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting the debtor to demand repayment, taking action against the debtor to collect money owed to creditors or to take property of the debtor, and starting or continuing foreclosure actions, repossessions, or wage deductions. If unauthorized actions are taken by a creditor against a debtor, the court may penalize that creditor. A creditor who is considering taking action against the debtor or the property of the debtor should review section 362 of the bankruptcy code and may wish to seek legal advice.

**Law Offices of David Freydin**

8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: (847) 972-6157
Fax: (866) 897-7577
E-Mail: contact@freydinlaw.com

United States Bankruptcy Court
Northern District of Illinois

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/15/2021 at 11:23 AM and filed on 07/15/2021.

**Juan De Dios Perez**
516 Piper Lane, Apt. 2 B
Prospect Heights, IL 60070
SSN / ITIN: xxx-xx-1398

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **David Freydin**<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077<br>630-516-9990 | **Richard M. Fogel**<br>Cozen O'Connor<br>123 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606<br>312-474-4452 |

The case was assigned case number 21-08479 to Judge A. Benjamin Goldgar.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeffrey P. Allsteadt**
**Clerk, U.S. Bankruptcy Court**