**11:49**

  Gmail

📶 5G  🔋

  **All Credit Events**

🚨 **Delinquent**   Feb 9, 2022

Your Consumer Financial Svc account reported a status of "Grid Code 1 (30 Days Delinquent)".

**February 5**   ↑ 5 points   **548**

 **New Account**   Jan 21, 2022

You opened a new account called Mdg Us Inc Capital Com.

 **New Account**   Jan 8, 2022

You opened a new account called First Inv Servicing Co.

**January 5**   ↓ 25 points   **543**

 **Credit Usage Increase**   Dec 19, 2021

Your First Premier Bank account usage has increased to 102%.

**Show More**



 
