IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re the matter of: | NO. 21 B 08479 |
|---|---|
| Juan De Dios Perez | Judge A. Benjamin Goldgar |
| Debtors | Chapter 7 |

## NOTICE OF MOTION

Service List - TO:

| David Freydin | David Freydin |
|---|---|
| Via electronic notification | Via electronic notification |

PLEASE TAKE NOTICE that on June 27, 2022 at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in that judge's place, and present the Motion of CFS of Palatine, LLC, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 500 0972** and the password is **726993.** The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Christopher H. Purcell                     CFS OF PALATINE, LLC
112 Cary Street
Cary, Illinois 60013                       By:  /s/ Christopher H. Purcell
Shermlaw13@aol.com                              One of its Attorneys
Phone: (312) 372-1487                           Sherman & Purcell, LTD.

## CERTIFICATE OF SERVICE

      I, Christopher H. Purcell, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 13, 2022 before the hour of 5:00 p.m.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re the matter of: | NO. 21 B 08479 |
|---|---|
| Juan De Dios Perez | Judge A. Benjamin Goldgar |
| Debtors | Chapter 7 |

MOTION TO REOPEN CHAPTER 7 CASE AND TO
VACATE ORDER GRANTING DEBTOR'S MOTION FOR SANCTIONS

Now comes CFS of Palatine, LLC (hereinafter the "Movant")., a creditor herein, by Sherman & Purcell, LTD., its attorneys, and moves this Honorable Court for entry of an Order reopening chapter 7 case, vacating order for sanctions and in support thereof respectfully represents as follows:

1. CFS of Palatine, LLC dba Consumer Financial Services is a secured creditor of the Debtor.

2. The Debtor filed a bankruptcy petition for relief under chapter 7 of the Bankruptcy Code. The debtor received a discharge order on October 12, 2021, and the case closed shortly thereafter.

3. On February 18, 2022 there was a motion to reopen the chapter 7 case that also sought sanctions against Consumer Financial Services.

4. CFS of Palatine LLC dba Consumer Financial Services was unaware of this motion and would have defended this motion had they been aware.

5. CFS of Palatine LLC dba Consumer Financial Services learned that there was the motion for sanctions and an order was entered well after the order for sanctions was entered when the Debtor, by and through its counsel reached out.

6. The Movant does not believe that notice was proper.

7. The Movant does not agree with the facts that were alleged in the motion seeking sanctions.

8. The Movant's counsel and Debtor's counsel have been in discussions since that time. While the Movant and the Debtor, both by and through counsel, have not been able to reach an agreement as to the underlying facts, both parties were able to reach an agreement to resolve the dispute.

9. The parties are in agreement to have the Order entered by this Honorable Court on March 17, 2022, doc 21 vacated and set aside.

WHEREFORE, the Movant prays that this Honorable Court enter an Order reopening chapter 7 case, vacating the order for sanctions, and for such other and further relief as this Court may deem just.

| | |
|---|---|
| Christopher H. Purcell<br>Sherman & Purcell, LTD.<br>112 Cary Street<br>Cary, Illinois 60013<br>Shermlaw13@aol.com<br>Phone: (312) 372-1487<br>Attorney for CFS of Palatine, LLC | CFS OF PALATINE, LLC.<br><br>BY: ___/s/ Christopher H. Purcell_____<br>One of its Attorneys |